UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWIN ALVARADO,                                        JUDGMENT
                                                                   04-CV- 2558 (RRM)
                 Plaintiff,

   -against-


CITY OF NEW YORK; CHRIS BONOMO,
Shield No. 1484; BARRY PINTO, Assistant
District Attorney,


                             Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on August 30, 2010, granting defendants' motion for summary judgment; and dismissing plaintiff's claims; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; and that plaintiff's claims are dismissed.


Dated: Brooklyn, New York
          August 30, 2010
                                                               ROBERT C. HEINEMANN
                                                               Clerk of Court